**Opinion issued April 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00237-CV

————————————

## IN RE GHAZAN KHAN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ghazan Khan, has filed a petition for a writ of mandamus, challenging the trial court's order denying his motion for summary judgment.[1]

Relator has an adequate remedy by appeal. *See In re State Farm Lloyds*, No. 13-16-00049-CV, 2016 WL 902864, at *3 (Tex. App.—Corpus Christi Mar. 9, 2016,

---

[1] The underlying case is *Ghazan Khan v. Faithland Healthcare & Rehab Inc. Clinic aka Advanced Medical & Rehab*, Cause No. 19-DCV-263420, pending in the 240th District Court of Fort Bend County, Texas, the Honorable Frank J. Fraley presiding.

orig. proceeding) (mem. op.) ("Deferring review of the trial court's order denying summary judgment until after the rendition of a final judgment in this case will not skew the proceedings, potentially affect the outcome of the litigation, or compromise the presentation of relator's defense in ways unlikely to be apparent in the appellate record.") (citing *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 136 (Tex. 2004) (orig. proceeding)).  Mandamus relief, therefore, is not appropriate.

The petition for writ of mandamus is denied.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.